NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Vargas Diaz,<br><br>               Petitioner,<br><br>v.<br><br>Russell Heisner,<br><br>               Respondent. | No. CV-23-01978-PHX-SRB(ASB)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on September 20, 2023. The Petition listed one ground for relief under the First Step Act and the Coronavirus Aid, Relied, and Economic Security Act (the "CARES Act"). (Doc. 10, Report and Recommendation ("R&R") at 1.) Respondent filed his Return and Answer to Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 on January 16, 2024. No reply was filed. On January 16, 2024, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 10)

1    **IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and
2 dismissing it with prejudice. (Doc. 1)
3    **IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave
4 to proceed in forma pauperis on appeal. The dismissal of the Petition is justified by a plain
5 procedural bar and jurists of reason would not find the procedural ruling debatable and
6 because Petitioner has not made a substantial showing of the denial of a constitutional right.
7    **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 29th day of February, 2024.

_____
Susan R. Bolton
United States District Judge